THE PEOPLE ex rel. WILLIAM J. SUPPLE, Appellant, *v.* THE COMMON COUNCIL OF THE CITY OF UTICA et al., Respondents.

(Argued November 26, 1894; decided December 11, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made May 18, 1894, which affirmed an order of Special Term denying an application for a peremptory mandamus.

*Charles H. Searle* for appellant.

*James Coupe* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

CORNELIUS W. H. ELTING, Respondent, *v.* CHARLES W. DAYTON, Appellant.

(Argued November 26, 1894; decided December 11, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 15, 1894, which affirmed an order of Special Term denying a motion by the defendant to strike out a portion of plaintiff's reply.

*Charles E. Patterson* for appellant.

*John J. Linson* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.